KENNETH E. MOYER
WACHTEL, BIEHN & MALM
2240 McCulloch Boulevard
Lake Havasu City, AZ  86403
Attorney for Debtors
928/855-5115
State Bar I.D. #012533
kenmoyer@wbmlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceeding Under Chapter 7 |
| JACK W. GERDES, JR. and PAMELA M. GERDES, | Case No. 0:09-bk-13939-RJH |
| Debtors. | **RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| WELLS FARGO BANK, N.A., | |
| Movant, | |
| vs. | |
| JACK W. GERDES, JR. and PAMELA M. GERDES, Debtors; and WILLIAM E. PIERCE, Trustee, | |
| Respondents. | |

Debtors, Jack and Pamela Gerdes, ("Debtors"), by and through undersigned counsel, hereby submit their response to the Motion for Relief from the Automatic Stay submitted by Wells Fargo Bank, N.A.  This Response is supported by the attached Memorandum of Points and Authorities and the Court's file in this matter.

jf

Wachtel, Biehn & Malm
Attorneys at Law
2240 McCulloch Blvd.
Lake Havasu City
Arizona 86403
(928) 855-5115
Fax  (928) 855-5211

1

RESPECTFULLY SUBMITTED this 5th day of November, 2009.

        WACHTEL, BIEHN & MALM
        2240 McCulloch Blvd.
        Lake Havasu City, AZ  86403

        /s/ Kenneth E. Moyer
        KENNETH E. MOYER
        Attorney for Debtors

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Debtors filed for protection under Chapter 7 of the United States Bankruptcy Code on June 22, 2009.  William E. Pierce was appointed as the Chapter 7 Trustee.

As set forth in Debtors' Schedules, Debtors own residential real property located at 2993 Silversmith Drive, Lake Havasu City, Arizona ("Property") and as legally described in Movant's Motion.

Debtors acknowledge that they executed a Promissory Note which Note is secured by a Deed of Trust constituting a first lien position on the Property referenced in Movant's Motion. Debtors further acknowledge they are in default under the obligations due Movant.

The Property which secures Movant's lien is Debtors' primary residence.

At the time of their bankruptcy filing, Debtors believed that the principal balance due on the Note secured by the Property was approximately $139,447.00 and the value was approximately $162,000.00.

A party is entitled to relief from the automatic stay for cause including the lack of adequate protection of the party's interest in property or where the debtor does not have any equity in the property and the property is not necessary to an effective reorganization.  11

Wachtel, Biehn & Malm
Attorneys at Law
2240 McCulloch Blvd.
Lake Havasu City
Arizona 86403
(928) 855-5115
Fax (928) 855-5211

U.S.C. § 362(d). The party requesting relief from the automatic stay has the burden of proof on the issue of debtor's equity in the property and the party opposing the relief has the burden of proof on all other issues. 11 U.S.C. § 362(g).

As set forth above, Debtors acknowledge they are in default in the monthly payments to Movant. Debtors believe they can bring these payments current in the very near future in order to retain their residence. Debtors believe there is approximately $22,000.00 of equity in the Property which adequately secures Movant's lien position for the time being.

Accordingly, for the foregoing reasons, Debtors request the Court to deny Movant the relief requested in the Motion other than allowing Movant to contact Debtors by phone or other correspondence regarding a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.

RESPECTFULLY SUBMITTED this 5th day of November, 2008.

        WACHTEL, BIEHN & MALM
        2240 McCulloch Blvd.
        Lake Havasu City, AZ 86403

        /s/ Kenneth E. Moyer
        KENNETH E. MOYER
        Attorney for Debtors

Copy of the foregoing mailed this
5th day of November, 2009 to:

Jack & Pamela Gerdes
2993 Silversmith Dr.
Lake Havasu City, AZ 86406
Debtors

Mark Bosco
Leonard McDonald
TIFFANY & BOSCO
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
Attorneys for Movant

jf

| | |
|---|---|
| 1 | William Pierce<br>Chapter 7 Trustee |
| 2 | PO Box 429<br>Chino Valley, AZ  86323-0429 |
| 3 | |
| 4 | Arizona Department of Revenue<br>PO Box 29070 |
| 5 | Phoenix, AZ  85038-9070 |
| 6 | Internal Revenue Service<br>PO Box 21226 |
| 7 | Philadelphia, PA  19114 |
| 8 | US Trustee |
| 9 | 230 N. 1st Ave., Ste. 204<br>Phoenix, AZ  85003-1706 |
| 10 | |
| | By: /s/ Jennifer Ferguson |

jf
Wachtel, Biehn & Malm
Attorneys at Law
2240 McCulloch Blvd.
Lake Havasu City
Arizona 86403
(928) 855-5115
Fax  (928) 855-5211